UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

THOMAS OLSEN,

                             Plaintiff,

    -against-

REALLY GOOD STUFF, LLC d/b/a STEVE
SPANGLER SCIENCE,

                             Defendants.

-----------------------------------------------------X

Case No. 1:21-cv-01782-WFK-RML

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Thomas Olsen and Defendant Really Good Stuff, LLC d/b/a Steve Spangler Science, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: June 11, 2021

By: _____
Christopher H. Lowe
Lipsky Lowe LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
T:(212) 764-7171
chris@lipskylowe.com

By: _____
John W. Egan, Esq.
Seyfarth Shaw LLP
620 Eighth Ave., 32nd Flr.
New York, NY 10018
T:(212) 218-5526
jegan@seyfarth.com

**SO ORDERED.**

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 11, 2021
       Brooklyn, New York